United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-3499EM

_____

Fred P. Crepeau,                              *
                                              *
             Appellant,                       *    Appeal from the United States
                                              *    District Court for the Eastern
       v.                                     *    District of Missouri.
                                              *
McDonnell Douglas Corporation,                *        [UNPUBLISHED]
                                              *
             Appellee.                        *

_____

Submitted: March 13, 1998
Filed: March 18, 1998

_____

Before FAGG and ROSS, Circuit Judges, and EISELE,* District Judge.

_____

PER CURIAM.

       Fred P. Crepeau appeals the district court's grant of summary judgment to McDonnell Douglas Corporation on Crepeau's age discrimination claim. Having reviewed the record and the parties' briefs, we conclude Crepeau is not entitled to relief. Even if we assume for the purpose of our review that Crepeau established the elements of a prima facie case, we agree with the district court's analysis that there is no substantial evidence in the record tending to show that McDonnell Douglas

_____

       *The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas, sitting by designation.

Corporation's articulated reasons for Crepeau's separation during a legitimate reduction in force were a pretext for age discrimination.  Because the controlling law is clear, our review satisfies us that an opinion would have no precedential value in this fact-intensive case.  We thus conclude the district court correctly granted summary judgment, and we affirm without further discussion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.